Argued May 17, affirmed May 30, reconsideration denied June 28, petition for review denied July 25, 1978

STATE OF OREGON, *Respondent,*
*v.*
THEODORE C. O'QUIST, *Appellant.*
(DA 127729, CA 10139)
579 P2d 871

Phillip M. Margolin, Portland, argued the cause and filed the brief for appellant.

Jan P. Londahl, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

Defendant, upon trial by jury, was convicted of sexual abuse in the second degree, ORS 163.415. His principal assignment of error is that the court erred in permitting two witnesses to relate out-of-court statements of the complaining witness. The error, if any, was harmless because defendant's version of the facts as voluntarily stated to a police officer and another witness was substantially the same as the out-of-court statements of the complaining witness.

Affirmed.